UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                         Case No:3:**01-BK-7233-JAF**

**CATHERINE LEE RICKS**
       Debtor

## TRUSTEE'S AMENDED SUPPLEMENTAL FINAL REPORT

COMES NOW Mamie L. Davis, Chapter 13 Standing Trustee, and hereby amends the Trustee's Supplemental Final Report, dated November 30, 2006, to reflect the correct amount of the check transmitted.

1. Pursuant to the confirmed plan and trustee's final report, total receipts were disbursed for the above named estate. All disbursement checks have cleared the trust account except payments to or intended for **National Quality Homes, 6349 Beach Boulevard, Jacksonville, FL 32216,** a secured claimant.

2. More than 90 days have elapsed since the distribution of the final payment. Pursuant to 11 U.S.C. Section 347, transmitted previously was in the amount of **$2,000.00**, payable to the Clerk, United States Bankruptcy Court. The claimant entitled thereto is as shown above.

Respectfully submitted this 16th day of January, 2007.

*/s/ Mamie L. Davis*

Mamie L. Davis, Trustee
Post Office Box 4308
Jacksonville, Fl 32201
Phone: (904) 358-6465
Fax:    (904) 634-0038